IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03274-RTG
(**The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may delay the consideration of your claims.**)

ANA REBECA PARRA RUBIO, as proposed next friend for GERARDO SARABIA
ROCHIN,

      Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility,
ROBERT HAGAN, Field Office Director, Denver Field Office, U.S. Immigration and
Customs Enforcement,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, and
TODD BLANCHE, Acting Attorney General of the United States,

      Respondents.

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

Gerardo Sarabia Rochin is a federal immigration detainee at the ICE Aurora Contract Detention Facility in Aurora, Colorado. Ana Rebeca Parra Rubio, whose relationship to Gerardo Sarabia Rochin is unknown, has filed *pro se* a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 as next friend of Mr. Sarabia Rochin. (ECF No. 1).[1] Accordingly, this habeas corpus action was opened.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court finds

---

1 "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system.

one or more filings deficient (or not submitted) as described in this order. Therefore,

Petitioner is directed to cure the following deficiencies to pursue any claims in this

action. Any papers that Petitioner files in response to this order must be labeled with the

civil action number provided on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X   is not submitted (Petitioner must submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action or pay the $5.00 filing fee).
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing authorization to calculate and disburse filing fee payments
(7)   __   is missing an original signature by the prisoner
(8)   __   is not on proper form (must use the court's current form Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action)
(9)   __   names in caption do not match names in caption of complaint, petition or habeas application
(10)  X   other: Section 1915 motion and affidavit are only necessary if $5.00 filing fee is not paid in full.

**Complaint, Petition or Application**:
(11)  __   is not submitted
(12)  X   is not on proper form (must use the District of Colorado's current form for filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241)
(13)  X   is missing an original signature *by the prisoner*
(14)  __   is missing page nos.
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   names in caption do not match names in text
(17)  __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  X   other: Petitioner must sign the habeas application unless Ms. Parra Rubio demonstrates standing to act as Petitioner's "next friend." *See* 28 U.S.C. § 2242 ("An application for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone

2

<u>acting in his behalf.").</u>

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Petitioner files in response to this order must include the civil action number provided at the top of this order. It is

FURTHER ORDERED that Petitioner shall obtain and utilize the District of Colorado's form Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. Petitioner shall also either pay the $5.00 filing fee or obtain and utilize the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. The forms, along with the applicable instructions, can be found (with the assistance of a case manager or the facility's legal assistant) at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Petitioner fails to cure all designated deficiencies within thirty (30) days from the date of this order, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED July 22, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge