IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03274-RTG

ANA REBECA PARRA RUBIO, as proposed next friend for GERARDO SARABIA ROCHIN,

     Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility,
ROBERT HAGAN, Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, and
TODD BLANCHE, Acting Attorney General of the United States,

     Respondents.

---

## MINUTE ORDER

---

ENTERED BY SENIOR U.S. DISTRICT JUDGE LEWIS T. BABCOCK

Petitioner's Emergency Motion for Temporary Restraining Order and Order to Show Cause (ECF No. 2) is **denied without prejudice** as premature. To proceed with this action, Petitioner must first cure the filing deficiencies as ordered by the Court. (*See* ECF No. 4).

Dated: July 23, 2026